IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT JARRELL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 3:19-cv-50231 |
| | ) | |
| MINNESOTA MINING AND MANUFACTURING COMPANY, D/B/A 3M AND DB INDUSTRIES, LLC D/B/A CAPITAL SAFETY USA, CAPITAL SAFETY NORTH AMERICA INTERMEDIATE HOLDINGS, LLC, CAPITAL SAFETY NORTH AMERICA INTERMEDIATE HOLDINGS, INC., and CROWN CASTLE USA INC. | ) ) ) ) ) ) ) ) ) | Honorable Judge Lisa A. Jensen |

**JOINT STATUS REPORT**

The parties have exchanged releases to their satisfaction. Plaintiff expects to dismiss this case in its entirety on May 18 upon confirming that a settlement check recently deposited has in fact cleared the bank.

Dated: May 10, 2021


 /s/ Chris D. Dandurand
One of the attorneys for Plaintiff
Stephen M. Gorny
Chris D. Dandurand
The Gorny Law Firm, LC
4330 Belleview Ave, Suite 200
Kansas City, MO 64111
T: 816-756-65071
steve@gornylawfirm.com
chris@gornylawfirm.com

/s/ Todd Porter
One of the attorneys for Crown,
Todd M. Porter
Patton & Ryan, LLC
330 N. Wabash Avenue, Ste. 3800
Chicago, IL 60611
T: (312) 261-5160
tporter@pattonryan.com